# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| LEON BUD HOTCHKISS, | : | |
| Petitioner, | : | |
| vs. | : | CA 17-00019-WS-C |
| PHYLLIS BILLUPS, | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 16, 2019, is **ADOPTED** as the opinion of this Court.

**DONE** this 19th day of June, 2019.

        s/WILLIAM H. STEELE
        **UNITED STATES DISTRICT JUDGE**