# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LEON BUD HOTCHKISS, | : |
| Petitioner, | : |
| vs. | : CA 17-00019-WS-C |
| PHYLLIS BILLUPS, | : |
| Respondent. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the amended habeas petition for federal habeas corpus relief, pursuant to 28 U.S.C. § 2254 (Docs. 7 & 18), be **DENIED** and **DISMISSED with prejudice**. Petitioner's claims for habeas relief cannot be granted because they are all time-barred or procedurally defaulted except for the Fourth Amendment claim. A review of the merits of the Fourth Amendment claim is unavailable to Petitioner because of his opportunity to fully and fairly litigate the merits of this claim in state court. Under the circumstances of this action, Petitioner is not entitled to a certificate of appealability and, in addition, he is not entitled to appeal *in forma pauperis*.

**DONE** this 19th day of June, 2019.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**